UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>RAYMUNDO PLACENCIA ALVAREZ,<br><br>　　　　　Defendant. | Case No. CR 99-1093-RMT<br>　　　　CV 08-8234-RMT<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE<br><br>28 U.S.C. § 2255 |

On December 15, 2008, defendant RAYMUNDO PLACENCIA ALVAREZ having filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255,

IT IS ORDERED that by February 23, 2009 the government shall file a response; a reply by defendant, if any, shall be filed no later than March 16, 2009. On or about April 13, 2009, the court shall issue either (a) a ruling, or (b) an order requiring further briefing and/or setting the matter for oral argument.

Dated: December 17, 2008

_____
ROBERT M. TAKASUGI
United States District Sr. Judge